# Exhibit 22

 Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para la Salud

 **PuebloVictorioso**

# NOTA DE ENTREGA

**Para:**   Osvaldo Mario Aso
         **Apoderado**
         **Medix Industrial Comercial Sociedad Anónima (MEDIX, I.C.S.A.)**

**De:**    Hendrick Perdomo
         **Director General de Consultoría Jurídica.**

**Fecha:**  15 de octubre de 2015.

Por medio de la presente la esta Dirección General de Consultoría Jurídica, hace entrega de los documentos en original, que se detallan a continuación:

| DESCIPCIÓN | CANTIDAD |
|---|---|
| Un (01) ejemplar en original del Contrato N° 039/2015: *"Adquisición de Equipos Médicos, Mobiliario Clínico e Instrumental Requerido en los Servicios Obstétricos y Neonatales de los Hospitales Materno Infantiles y de Mayor Complejidad de este Ministerio del Poder Popular para la Salud y el Equipamiento Requerido para la Creación de 88 Cupos de Cuidados Intensivos y 93 Cupos de Cuidados Intermedios Neonatales Incluyendo los Consumibles de estos Equipos, así como el Mantenimiento Preventivo y Correctivo de los Equipos"*, con sus respectivos anexos, suscrito entre el Ministerio del Poder Popular para la Salud y la empresa Argentina Medix Industrial y Comercial Sociedad Anónima (MEDIX, I.C.S.A.), en fecha 14 de octubre de 2015. | 1 |

RECIBIDO POR: Giancarlo Calooni

FECHA: 15/10/2015   11.0256√J

HORA: 10:25 Au

SELLO

MEDITRON c.A.
R.I.F: J-00081466-0

MEDITRON c.A.
R.I.F.: J-00081466-0

*"Pueblo Victorioso. No Podemos optar entre vencer o morir. Necesario es vencer"*
Centro Simón Bolívar, Edificio Sur, piso 8, Oficina. 812. El Silencio. Teléfono: 0212-4080208/4080228  Ext. 21314
**www.mpps.gob.ve**

 Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la Salud

 PuebloVictorioso

**CONTRATO N° 039-2015**

**PARA LA ADQUISICIÓN DE EQUIPOS MÉDICOS Y MOBILIARIO CLÍNICO, CELEBRADO ENTRE LA EMPRESA MEDIX INDUSTRIAL Y COMERCIAL SOCIEDAD ANÓNIMA (MEDIX I.C.S.A), Y EL MINISTERIO DEL PODER POPULAR PARA LA SALUD.**

Entre la República Bolivariana de Venezuela, por órgano del **MINISTERIO DEL PODER POPULAR PARA LA SALUD,** representado en este acto por el ciudadano Ministro del Poder Popular para la Salud, **HENRY VENTURA MORENO,** venezolano mayor de edad, de este domicilio, titular de la Cédula de Identidad N° **V-9.585.068,** cuya designación oficial consta en el Decreto N° 1.656 de fecha 16 de marzo de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.621 de esa misma fecha, debidamente facultado para este acto según lo dispuesto en el numeral 16 del artículo 78 del Decreto 1.424 con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 6.147 Extraordinario de fecha 17 de noviembre de 2014, quien en lo sucesivo y a los efectos del presente contrato se denominará **"EL MINISTERIO";** por una parte, y por la otra, la empresa **MEDIX INDUSTRIAL Y COMERCIAL SOCIEDAD ANÓNIMA (MEDIX I.C.S.A),** con domicilio legal en Mermoz 1750 (B1618EWC) El Talar Tigre, Buenos Aires República de Argentina, mediante Estatutos otorgados por escritura de fecha 31 de mayo de 1972, ante el Escribano de esa ciudad Don Adolfo Schikler, al folio 926, del Registro N° 56 a su cargo, inscritos en el Juzgado Nacional de la Primera Instancia en lo Comercial de Registro el 14 de julio de 1972 bajo el N° 2.948, folio 185, libro 77, tomo A, representada en este acto por el ciudadano **OSVALDO MARIO ASO,** argentino, mayor de edad, titular del Pasaporte argentino y DNI N° 11.770.882, en su carácter de apoderado de la identificada Empresa, facultado suficientemente para suscribir el presente según consta en el documento de Poder Especial presentado ante el Colegio de Escribanos de la ciudad de Buenos Aires, Capital Federal de la República Argentina en fecha 11 de abril de 2011, transcrito al folio 206, del Registro Notarial 56, bajo las fojas de Actuación Notarial Nros. N013489170, N013518151 y N013519152 y Certificado en la República Argentina



 

Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para la **Salud**

Pueblo **V**ictorioso

bajo el Nº 150826394068/2, quien a los fines y efectos derivados del presente Contrato se denominará **"LA EMPRESA"**; y además conjuntamente se denominarán **"LAS PARTES"**; de conformidad con lo establecido en el **CONVENIO INTEGRAL DE COOPERACIÓN,** suscrito por ambas Repúblicas en fecha 06 de abril de 2004 y sus Addenda, en atención a la necesidad de seguir avanzando en la reducción de la mortalidad Materno Infantil en el país, lo que amerita que el *"Programa de Atención Obstétrica y Neonatal del Proyecto Vida"* tenga cobertura Nacional, así como fortalecer el componente hospitalario tanto de la atención obstétrica como neonatal; han convenido, dentro del marco del **CONVENIO INTEGRAL DE COOPERACIÓN** ENTRE LA **REPÚBLICA BOLIVARIANA DE VENEZUELA Y LA REPÚBLICA ARGENTINA** y sus Anexos y modificatorios, firmado por el Ministro del Poder Popular de Energía y Minas, en representación de la República Bolivariana de Venezuela y el Ministro de Planificación Federal, Inversión Pública y Servicios, Señor Julio De Vido, en representación de la República Argentina, el día 06 de abril de 2004, celebrar el presente contrato para la *"ADQUISICIÓN DE EQUIPOS MÉDICOS, MOBILIARIO CLÍNICO E INSTRUMENTAL REQUERIDO EN LOS SERVICIOS OBSTÉTRICOS Y NEONATALES DE LOS HOSPITALES MATERNO INFANTILES Y DE MAYOR COMPLEJIDAD DE ESTE MINISTERIO DEL PODER POPULAR PARA LA SALUD Y EL EQUIPAMIENTO REQUERIDO PARA LA CREACIÓN DE 88 CUPOS DE CUIDADOS INTENSIVOS Y 93 CUPOS DE CUIDADOS INTERMEDIOS NEONATALES INCLUYENDO LOS CONSUMIBLES DE ESTOS EQUIPOS, ASÍ COMO, EL MANTENIMIENTO PREVENTIVO Y CORRECTIVO DE LOS EQUIPOS"*, el cual se regirá por las cláusulas siguientes:

**CLÁUSULA PRIMERA:** DEFINICIONES: Se entiende por:



> **Mantenimiento preventivo:** Conjunto de tareas que se ejecutan periódicamente tendientes a conservar las características técnicas y operativas de los equipos con el objeto de mantener en buen estado las condiciones de funcionamiento e incrementar su vida útil, de acuerdo a las

 

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la Salud

recomendaciones del fabricante del equipo, que procuren la reducción de las intervenciones de carácter correctivo y la máxima disponibilidad del equipo.

➢ **Mantenimiento Correctivo:** Conjunto de tareas tendientes al diagnóstico de fallas y a la recuperación técnica u operatividad de las unidades degradadas en su funcionamiento, dentro de los valores y tolerancia garantizados por el fabricante; comprendiendo la reparación y/o reemplazo de componentes o partes dañadas, ante fallas parciales o totales. Incluye la evaluación del equipo, el suministro de piezas o repuestos y la mano de obra para la reparación de los componentes involucrados; así como, el informe escrito en la "bitácora" del equipo, la cual estará conformada por todas las Órdenes de Trabajo ejecutadas.

➢ **"Bitácora":** Se refiere al cuaderno, agenda o libro donde se reporta y deja constancia de los hechos y/o acontecimientos de las fallas o inoperatividad presentada por los equipos, señalando en el mismo, la hora y fecha de realización de los trabajos y el técnico que reporta.

➢ **Actualización Tecnológica de los Equipos:** Es la incorporación en un equipo del conjunto de partes, sistemas y/o software necesarios para obtener un mejor funcionamiento y desempeño del mismo o simplemente para el reemplazo de sistemas tecnológicamente obsoletos o superados con dificultades para mantener en el tiempo.

➢ **Almacén:** Es el espacio físico de **"LA EMPRESA"** donde se almacenarán temporalmente los bienes objeto de este Contrato: equipos, mobiliario, instrumental, repuestos y consumibles, los cuales estarán bajo su responsabilidad y se encontrarán durante la vigencia del presente Contrato, en los Depósitos de la Empresa Meditron, C.A., ubicados en Calle 10 y Calle 11, Edificio Meditron, La Urbina, Municipio Sucre, Edo. Miranda a disposición de las auditorias que "**EL MINISTERIO**" quiera realizar.

 

➢ **Sistema de control de llamada de servicios y reportes de estado de operatividad de los equipos:** Consiste en un sistema por vía "web" que permite el control y seguimiento de las solicitudes de asistencia técnica y

 Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la Salud  Pueblo Victorioso

notificaciones, así como, el monitoreo permanente de los requerimientos de los equipos objeto del presente contrato.

## CLÁUSULA SEGUNDA: OBJETO DEL CONTRATO:

"LA EMPRESA" procurará a "EL MINISTERIO" con el objetivo de dotar y realizar mantenimiento preventivo y correctivo, en los cincuenta y dos (52) hospitales que atienden el cien por ciento (100%) de la demanda de alto riesgo obstétrico y neonatal de la Red de Hospitales del Ministerio del Poder Popular para la Salud, lo siguiente:

a) Dotará de equipos, mobiliario clínico e instrumental quirúrgico en las cantidades acordadas, a los servicios obstétricos y neonatales de cincuenta y dos (52) hospitales que prestan atención obstétrica y neonatal de alta complejidad en un período de dieciocho (18) meses con la finalidad de modernizar la tecnología existente y realizará mantenimiento preventivo y correctivo por un período de tres (3) años en las condiciones detalladas según oferta que forma parte integral de este contrato, e identificada como **Anexo A1 y A2**.

b) Dotará de consumibles y repuestos por un período de tres (03) años, al equipamiento citado en la letra a) para garantizar su operatividad las veinticuatro (24) horas del día, en las cantidades y en las condiciones detalladas según oferta que forma parte integral de este contrato, e identificada como **Anexo A3**.

c) Dotará de equipos y mobiliario clínico en las cantidades acordadas, ochenta y ocho (88) cupos de cuidados intensivos y noventa y tres (93) cupos de cuidados intermedios Neonatales que serán creados en un período de dieciocho (18) meses, en dieciocho (18) hospitales de trece (13) Entidades Federales y realizará mantenimiento preventivo y correctivo por un período de tres (3) años en las condiciones detalladas según oferta que forma parte integral de este contrato, e identificada como **Anexo B1 y B2**.

d) Dotará de consumibles y repuestos por un período de tres (03) años, al equipamiento citado en la letra c) para garantizar su operatividad las veinticuatro



 

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la Salud

Pueblo Victorioso

(24) horas del día, en las cantidades y en las condiciones detalladas según oferta que forma parte integral de este contrato, e identificada como **Anexo B3.**

e)   Realizará Mantenimiento Preventivo y Correctivo a cuatro mil seiscientos setenta y seis (4.676) equipos adquiridos mediante el Convenio (Proyecto Vida Fase I y II), por un período de tres (03) años, en las condiciones detalladas según oferta que forma parte integral de este contrato, e identificada como **Anexo C**, así como, la dotación y distribución de consumibles y accesorios por un período de tres (03) años, destinados al equipamiento citado para garantizar su operatividad las veinticuatro (24) horas del día, en las cantidades y en las condiciones detalladas según oferta que forma parte integral de este contrato, e identificada como **Anexo D.** Este mantenimiento será realizado única y exclusivamente por personal de la "EMPRESA".

Las especificaciones técnicas se encuentran descritas en los Anexos antes identificados y relacionados a continuación, los cuales forman parte integrante del presente contrato:



| ANEXOS | TOTAL US$ | TOTAL BS. |
|---|---|---|
| **Anexo A1 y A2:** _Equipamiento:_ Equipos Médicos, Mobiliario Clínico e instrumental quirúrgico requerido en los 52 Hospitales (Materno Infantiles y de Mayor Complejidad) del MPPS. | 130.244.795,00 | 820.542.208,50 |
| **Anexo A3:** _Consumibles y repuestos para tres (03) años:_ Requeridos en 52 hospitales, (Materno Infantiles y de Mayor Complejidad) del MPPS. | 30.179.190,75 | 190.128.901,72 |
| **Anexo B1 y B2:** _Equipamiento:_ Equipamiento requerido para la Creación de ochenta y ocho (88) Cupos de Cuidados Intensivos y 93 de Cuidados Intermedios Neonatales. | 18.617.245,00 | 117.288.643,50 |
| **Anexo B.3:** _Consumibles y repuestos para tres (03) años:_ Requeridos para los Cupos de UTIN a crear | 10.578.965,50 | 66.647.482,65 |
| **Anexo C.** _Mantenimiento por tres (03) años para 4.676 equipos de la base instalada Fase I y II:_ Mantenimiento Preventivo y Correctivo de Equipos Médicos de los Servicios Obstétricos y Neonatales de los Hospitales Materno Infantiles y de Mayor Complejidad del MPPS. | 30.514.425,00 | 192.240.877,50 |
| **Anexo D:** _Consumibles por tres (03) años:_ Consumibles requeridos para tres (03) años, para (52) Hospitales de la Base Instalada Fase I y II. | 12.374.054,50 | 77.956.543,35 |
| | US$. 232.508.676,75 | Bs. 1.464.804.657,22 |



**CONTRATO N° 039/2015**

 

**PARÁGRAFO PRIMERO: "LA EMPRESA"**, garantizará bajo su supervisión y responsabilidad la capacitación del recurso humano médico, de enfermería y electro medicina designado por "**EL MINISTERIO**" en el manejo y conservación de los equipos adquiridos en el presente contrato.

<u>**CLÁUSULA TERCERA**</u>: PRECIO DEL CONTRATO

El precio total pactado para el presente Contrato asciende a la cantidad de **DOSCIENTOS TREINTA Y DOS MILLONES QUINIENTOS OCHO MIL SEISCIENTOS SETENTA Y CINCO DOLARES DE LOS ESTADOS UNIDOS DE AMERICA CON SETENTA Y CINCO CENTAVOS (US$ 232.508.675,75)** que a los efectos referenciales establecidos en el artículo 130 de la Ley del Banco Central de Venezuela equivale a la cantidad de **MIL CUATROCIENTOS SESENTA Y CUATRO MILLONES OCHOCIENTOS CUATRO MIL SEISCIENTOS CINCUENTA Y SIETE BOLÍVARES CON VEINTIDÓS CÉNTIMOS (Bs. 1.464.804.657,22)** calculados al tipo de cambio oficial fijado por el Banco Central de Venezuela, a razón de 6,30 Bs./US$. A todos los efectos y hasta la terminación del presente contrato, la moneda que regirá el mismo será Dólares de los Estados Unidos de América.

El monto del presente contrato no incluye: Impuesto al Valor Agregado (IVA), tasas aeroportuarias, tasas arancelarias (Ad-valorem) y cualesquiera otras tasas o impuestos, así como los gastos de almacenaje en Puerto u Aeropuerto, las cuales corren por cuenta de "**EL MINISTERIO**". Este monto si incluye los demás gastos de la gestión de Nacionalización, la comisión del Agente Aduanal designado por "**LA EMPRESA**", el transporte Puerto u Aeropuerto a los almacenes de "**LA EMPRESA**", los transportes para distribución en los Hospitales designados, el seguro de transporte y de almacenaje en "**LA EMPRESA**", así como los demás costos de almacenaje en "**LA EMPRESA**" y la distribución.



 

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la Salud | PuebloVictorioso

**PARÁGRAFO PRIMERO:** El precio del Contrato será imputado al Fondo Fiduciario del Fideicomiso suscrito entre Petróleos de Venezuela S.A. (PDVSA) y el Banco de Desarrollo Económico y Social de Venezuela "BANDES", con fecha 24 de julio de 2004, y será abonado a "**LA EMPRESA**" de acuerdo al mecanismo operativo pactado en el **CONVENIO INTEGRAL DE COOPERACIÓN ENTRE LA REPÚBLICA BOLIVARIANA DE VENEZUELA Y LA REPÚBLICA ARGENTINA** y sus Anexos y modificatorios, firmado por el Ministro de Energía y Minas, Ing. Rafael Ramírez, en representación de la República Bolivariana de Venezuela y el Ministro de Planificación Federal, Inversión Pública y Servicios, Señor Julio De Vido, en representación de la República Argentina, el día 06 de Abril de 2004.

<u>CLÁUSULA CUARTA</u>: DE LA FORMA DE PAGO.

El pago de "**EL MINISTERIO**" a "**LA EMPRESA**" se realizará mediante Valores Representativos de Deuda (**VRD**) en Dólares Americanos y pagaderos en Pesos Argentinos a la tasa cambiaria vigente para la fecha efectiva de pago, ordenados a través de PDVSA al Banco Central de Argentina a favor de "**LA EMPRESA**" y a través del Banco de la Nación de Argentina, con pago en los siguientes términos:

a) El treinta por ciento (30%), es decir, la cantidad de **SESENTA Y NUEVE MILLONES SETECIENTOS CINCUENTA Y DOS MIL SEISCIENTOS DOS DOLARES DE LOS ESTADOS UNIDOS DE AMERICA CON SETENTA Y TRES CENTAVOS (US$. 69.752.602,73)** que a los efectos referenciales establecidos en el artículo 130 de la Ley del Banco Central de Venezuela equivale a la cantidad de **CUATROCIENTOS TREINTA Y NUEVE MILLONES CUATROCIENTOS CUARENTA Y UN MIL TRESCIENTOS NOVENTA Y SIETE BOLIVARES CON VEINTE CÉNTIMOS (Bs. 439.441.397,20)** calculados al tipo de cambio oficial fijado por el Banco Central de Venezuela, a razón de 6,30 Bs./US$, inmediatamente posterior a la firma del presente Contrato, previa presentación de Fianza de Anticipo aceptada por "**EL MINISTERIO**" por concepto de anticipo. Dicho anticipo será pagado en tres partes de la siguiente manera: a) **1er Pago**, con **VRD** por un monto



 Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la Salud

 Pueblo Victorioso

de **VEINTICUATRO MILLONES CUATROCIENTOS TRECE MIL CUATROCIENTOS DIEZ DOLARES DE LOS ESTADOS UNIDOS DE AMERICA CON NOVENTA Y CINCO CENTAVOS (US$. 24.413.410,95)** que a los efectos referenciales establecidos en el artículo 130 de la Ley del Banco Central de Venezuela equivale a la cantidad de **CIENTO CINCUENTA Y TRES MILLONES OCHOCIENTOS CUATRO MIL CUATROCIENTOS OCHENTA Y OCHO BOLIVARES CON NOVENTA Y NUEVE CENTIMOS (Bs. 153.804.488,99)** calculados al tipo de cambio oficial fijado por el Banco Central de Venezuela, a razón de 6,30 Bs./US$, **con vencimiento Octubre 2015, b) 2do Pago,** con **VRD** por un monto de **VEINTIDOS MILLONES SEISCIENTOS SESENTA Y NUEVE MIL QUINIENTOS NOVENTA Y CINCO DOLARES DE LOS ESTADOS UNIDOS DE AMERICA CON OCHENTA Y NUEVE CENTAVOS (US$. 22.669.595,89)** que a los efectos referenciales establecidos en el artículo 130 de la Ley del Banco Central de Venezuela equivale a la cantidad de **CIENTO CUARENTA Y DOS MILLONES OCHOCIENTOS DIECIOCHO MIL CUATROCIENTOS CINCUENTA Y CUATRO BOLIVARES CON ONCE CENTIMOS (Bs.142.818.454,11)** calculados al tipo de cambio oficial fijado por el Banco Central de Venezuela, a razón de 6,30 Bs./US$, **con vencimiento en Noviembre 2015; y c) 3er Pago,** con **VRD** por un monto de **VEINTIDOS MILLONES SEISCIENTOS SESENTA Y NUEVE MIL QUINIENTOS NOVENTA Y CINCO DOLARES DE LOS ESTADOS UNIDOS DE AMERICA CON OCHENTA Y NUEVE CENTAVOS (US$. 22.669.595,89)** que a los efectos referenciales establecidos en el artículo 130 de la Ley del Banco Central de Venezuela equivale a la cantidad de **CIENTO CUARENTA Y DOS MILLONES OCHOCIENTOS DIECIOCHO MIL CUATROCIENTOS CINCUENTA Y CUATRO BOLIVARES CON ONCE CENTIMOS (Bs.142.818.454,11)** calculados al tipo de cambio oficial fijado por el Banco Central de Venezuela, a razón de 6,30 Bs./US$, **con vencimiento en diciembre 2015.** Igualmente "LA EMPRESA" garantizará a "EL MINISTERIO" que el primer embarque se realizará a los noventa (90) días continuos después de recibido y haberse hecho efectivo el presente anticipo, salvo que prive un Caso Fortuito o de Fuerza Mayor conforme a lo acordado en la



**CONTRATO Nº 039/2015**

Página 8 de 27

 

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la Salud

Pueblo Victorioso

Cláusula Décima Cuarta de este contrato, fecha en la cual se suscribirá un Acta de Inicio. Asimismo, el mantenimiento Preventivo y Correctivo comenzará al día siguiente después de recibido y haberse hecho efectivo el presente anticipo, salvo que prive un Caso Fortuito o de Fuerza Mayor, conforme a lo acordado en la Cláusula Décima Cuarta de este contrato, fecha en la cual se suscribirá un Acta de Inicio.

b) "EL MINISTERIO" se compromete en cancelar, el setenta por ciento (70%) restante, mediante la forma siguiente:

- Para **SUMINISTROS DE EQUIPOS Y CONSUMIBLES**: La cantidad de **CIENTO TREINTA Y DOS MILLONES SETECIENTOS TREINTA Y CUATRO MIL CIENTO TREINTA Y SIETE DOLARES DE LOS ESTADOS UNIDOS DE AMERICA CON TREINTA Y OCHO CENTAVOS (US$. 132.734.137,38)** que a los efectos referenciales establecidos en el artículo 130 de la Ley del Banco Central de Venezuela equivale a la cantidad de **OCHOCIENTOS TREINTA Y SEIS MILLONES DOSCIENTOS VEINTICINCO MIL SESENTA Y CINCO BOLIVARES CON CUARENTA Y NUEVE CENTIMOS (Bs.836.225.065,49)** calculados al tipo de cambio oficial fijado por el Banco Central de Venezuela, a razón de 6,30 Bs./US$, mediante pagos parciales a los treinta (30) días continuos contados a partir de la presentación de documentos de cada embarque por parte de "LA EMPRESA".

- Para **MANTENIMIENTO PREVENTIVO Y CORRECTIVO**: Los pagos se realizarán mediante cuotas cuatrimestrales a fecha fija y de valores iguales, producto del saldo del setenta por ciento (70%), es decir, la cantidad de **VEINTIÚN MILLONES TRECIENTOS SESENTA MIL NOVENTA Y SIETE DOLARES DE LOS ESTADOS UNIDOS DE AMERICA CON CINCUENTA CENTAVOS (US$.21.360.097,50)** que a los efectos referenciales establecidos en el artículo 130 de la Ley del Banco Central de Venezuela equivale a la cantidad de **CIENTO TREINTA Y CUATRO MILLONES QUINIENTOS SESENTA Y OCHO MIL SEISCIENTOS CATORCE BOLIVARES CON VEINTICINCO**





CONTRATO Nº 039/2015

 

CENTIMOS (Bs. 134.568.614,25) calculados al tipo de cambio oficial fijado por el Banco Central de Venezuela, a razón de 6,30 Bs./US$, dividido en nueve porciones, cada una por la cantidad de **DOS MILLONES TRESCIENTOS SETENTA Y TRES MIL TRESCIENTOS CUARENTA Y CUATRO DOLARES DE LOS ESTADOS UNIDOS DE AMERICA CON DIECISEIS CENTAVOS (US$. 2.373.344,16)** que a los efectos referenciales establecidos en el artículo 130 de la Ley del Banco Central de Venezuela equivale a la cantidad de **CATORCE MILLONES NOVECIENTOS CINCUENTA Y DOS MIL SESENTA Y OCHO BOLIVARES CON VEINTIÚN CENTIMOS (Bs. 14.952.068,21)** calculados al tipo de cambio oficial fijado por el Banco Central de Venezuela, a razón de 6,30 Bs./US$, para el período de treinta y seis (36) meses (equivalente a tres años). El pago de esta cuota deberá ser realizada al comienzo de cada cuatrimestre y estar efectiva en un plazo igual o menor a 15 días.

**"EL MINISTERIO"** realizará con la mayor diligencia las gestiones que sean necesarias para ordenar los pagos a **"LA EMPRESA"** a través del Fondo Fiduciario del **CONVENIO INTEGRAL DE COOPERACION ENTRE LA REPÚBLICA BOLIVARIANA DE VENEZUELA Y LA REPÚBLICA ARGENTINA**, dentro de los plazos arriba indicados, para así dar cumplimiento al *"Cronograma de La Ejecución Física y Financiera"* que forma parte integrante del presente contrato y se encuentra denominado **"ANEXO E"**.

<u>CLÁUSULA QUINTA</u>: DEL LUGAR Y PLAZOS DE EJECUCIÓN

**"LA EMPRESA"** proveerá a **"EL MINISTERIO"** de los equipos, mobiliario clínico, instrumental, consumibles, repuestos y la prestación del mantenimiento preventivo y correctivo, objeto del presente contrato, de la siguiente manera:

a) **"LA EMPRESA"** se compromete a entregar: a) Equipos Médicos, Mobiliario Clínico e Instrumental en los Servicios Obstétricos y Neonatales de los cincuenta y dos (52) Hospitales Materno Infantiles y de Mayor Complejidad del MPPS en un



 

plazo de dieciocho (18) meses; b) Consumibles y repuestos para los equipos del punto a) en un plazo de tres (03) años; c) Equipos Médicos y Mobiliario Clínico para la Creación de ochenta y ocho (88) Cupos de Cuidados Intensivos y noventa y tres (93) de Cuidados Intermedios Neonatales en un plazo de dieciocho (18) meses; d) Consumibles y repuestos para los Cupos de UTIN a crear en un plazo de tres (03) años y e) Consumibles y repuestos para cuatro mil seiscientos setenta y seis (4.676) equipos del Convenio Fase I y II e instalados en cincuenta y dos (52) hospitales en un plazo de tres (03) años, según las cantidades establecidas en el *"Cronograma de Ejecución Física y Financiera"* que forma parte integrante del presente contrato y se encuentra denominado como el **"Anexo E"**.

b) **"LA EMPRESA"** se compromete a realizar Mantenimiento Preventivo y Correctivo a cuatro mil seiscientos setenta y seis (4.676) equipos adquiridos mediante el Convenio en la Fase I y II e instalados en cincuenta y dos (52) hospitales en un plazo de tres (03) años.

La capacitación del personal médico, de enfermería y electro medicina sobre el manejo y conservación de los equipos adquiridos en el presente contrato, será impartida por **"LA EMPRESA"** y se realizará en los Hospitales identificados en el **"ANEXO F"** *"Listado y ubicación de Hospitales"* donde se instalarán los Equipos.

Asimismo, **"LA EMPRESA"** declara conocer el lugar y las condiciones donde se ejecutará la entrega de equipos y la prestación del servicio objeto del presente contrato y todas las circunstancias relativas a los trabajos; así como, el estado de funcionamiento y la necesidad de mantenimiento que requieren los equipos objeto del presente Contrato, por lo que se entiende que el mismo se ha suscrito con entero conocimiento de todo lo señalado y de los inconvenientes que pudieren presentarse, por lo que no tendrá derecho a reclamación alguna por dificultades de orden técnico, errores, omisiones u otras causas que le fueren directamente imputables.



 

## CLÁUSULA SEXTA: DE LA VIGENCIA DEL CONTRATO

El presente Contrato tendrá una vigencia de treinta y seis (36) meses (tres años) contados a partir de la suscripción del Acta de Inicio, lo que tendrá lugar luego del efectivo pago del Anticipo previsto en la Cláusula Cuarta del presente contrato, conservando su validez hasta el cumplimiento efectivo de las obligaciones adquiridas por **"LAS PARTES"**, entiéndase por tal el objeto definido en la Cláusula Segunda del presente contrato. En todo caso, el tiempo de vigencia no podrá exceder de tres (03) años contados a partir de la fecha de suscripción del presente Contrato, pudiendo ser prorrogado previa conformidad por escrito entre **LAS PARTES**. A todos los efectos y hasta la terminación del presente contrato, la moneda que regirá el mismo será Dólares de los Estados Unidos de América.

## CLÁUSULA SÉPTIMA: DEL CONTROL Y SEGUIMIENTO

El control y seguimiento del presente contrato, por parte de **"EL MINISTERIO",** será ejercido por el Despacho del Viceministro de Hospitales, el cual diseñará el mecanismo necesario para la ejecución, control y seguimiento del presente contrato, una vez suscrito el mismo.

**PARÁGRAFO PRIMERO: "EL MINISTERIO"** fijará cada seis (06) meses, una fecha en la que **LAS PARTES**, procederán a la evaluación de la ejecución del presente contrato.

## CLÁUSULA OCTAVA: CONDICIONES GENERALES



a) **"LA EMPRESA"** debe establecer en la ciudad de Caracas de la República Bolivariana de Venezuela, un equipo de personal propio o subcontratado suficiente y experto en Mantenimiento Preventivo y Correctivo básico y especializado, que garantice el cumplimiento del objeto del presente contrato establecido en la Cláusula Segunda del mismo; de igual forma, deben contar

 

con una oficina en la cual se atiendan todas las solicitudes, requerimientos y reportes efectuados por **"EL MINISTERIO"**.

b) Los equipos médicos, mobiliario clínico, instrumental, consumibles y repuestos suministrados por **"LA EMPRESA"** serán almacenados en los Depósitos de la Empresa Meditron, C.A., ubicados en Calle 10 y Calle 11, Edificio Meditron, La Urbina, Municipio Sucre, Edo. Miranda, bajo la custodia, control, responsabilidad, manejo y disposición de la misma, y **"EL MINISTERIO"** tendrá acceso a realizar auditorías del mismo, desde el Registro del Inventario Inicial hasta su distribución final.

c) **"LA EMPRESA"** garantizará a **"EL MINISTERIO"** por un período de tres (03) años la garantía de los equipos médicos y el mobiliario clínico adquirido mediante el presente contrato, contra todo defecto de fabricación, a partir de la fecha de su llegada a los almacenes designados por **"LA EMPRESA"**. Durante el período de garantía antes señalado, los equipos tendrán una cobertura de *"Mantenimiento Preventivo"* con una frecuencia de ejecución cuatrimestral y de *"Mantenimiento Correctivo"* cada vez que sea solicitado por **"EL MINISTERIO"**. Se excluye de mantenimiento lo siguiente: Accesorios y Consumibles, Laringoscopios, Tensiómetros, Estetoscopios, Bilirubinómetros, Instrumental Quirúrgico, Divanes, Equipos de ORL, Densímetros, Lámparas de Cuello de Cisne, Peso-Talla, Resucitador Manual y Mobiliario clínico. Queda excluido de la garantía y el mantenimiento la eliminación de desperfectos causados por avería en los circuitos externos, uso imprudente o indebido, negligencia, causas de fuerza mayor o accidentes fortuitos, tales como incendio, inundaciones, colisiones, terremotos, entre otros, o las causadas por personas ajenas a **"LA EMPRESA"** o por su representante técnico.



d) Todo el Mantenimiento Preventivo y Correctivo, realizado por **"LA EMPRESA"**, a los fines de cumplir con los servicios objeto del presente Contrato, establecidos en la cláusula segunda, deben ser realizados bajo las normas de seguridad nacional, condiciones normales de instalación y con el



 

personal calificado para garantizar el correcto y eficiente servicio y no poner en riesgo la vida útil de los equipos objeto del presente contrato, sometidos a los servicios prestados por **"LA EMPRESA"**.

e) **"LA EMPRESA"** debe aceptar y permitir la presencia de los funcionarios autorizados por **"EL MINISTERIO"**, a los fines de efectuar el debido control y seguimiento en todos los mantenimientos preventivos y correctivos que se hacen mención en la cláusula segunda del presente contrato, permitiéndoseles a estos funcionarios la integración a los equipos de trabajo del personal calificado y experto en mantenimiento representantes de **"LA EMPRESA"**, no siendo indispensable para **"LA EMPRESA"** la referida presencia y participación de los funcionarios autorizados por el **"EL MINISTERIO"** en los mantenimientos preventivos y correctivos objeto del presente contrato. **"LA EMPRESA"** durante la ejecución del presente contrato y sin excepción alguna, será la responsable de dicho mantenimiento; no será responsable de los gastos por traslados, viáticos, horas extraordinarias ni ningún otro concepto salarial o extra-salarial al que pudieran tener derecho los funcionarios autorizados por **"EL MINISTERIO"** que acompañen los mantenimientos Preventivos y Correctivos, quedando a exclusivo cargo de **"EL MINISTERIO"** las erogaciones por tales conceptos.

f) Todas las acciones anteriormente descritas quedarán explícitas en una Orden de Trabajo que será parte de la "bitácora", la cual estará debidamente avalada por el Jefe de Servicio, Jefe de Mantenimiento y Director del Hospital.

**CLÁUSULA NOVENA**: DEL CARÁCTER INTUITO PERSONAE DEL CONTRATO

El presente Contrato se considera celebrado *"intuito personae"*, por lo que en consecuencia, las obligaciones que del mismo se derivan, no podrán ser objeto de cesión o traspaso, en modo alguno, ni total, ni parcialmente, sin el consentimiento expreso, que será emitido mediante escrito por **LAS PARTES** que lo suscriben. Ello, sin perjuicio de los subcontratos que "**LA EMPRESA**" realice y sobre los cuales mantendrá



CONTRATO N° 039/2015

 Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para la Salud

 Pueblo Victorioso

la absoluta responsabilidad por la calidad y oportunidad de los trabajos, no pudiendo aludir excusa alguna ante "**EL MINISTERIO**" por sus eventuales incumplimientos.

## CLÁUSULA DÉCIMA: OBLIGACIONES POR PARTE DE "LA EMPRESA":

Son obligaciones de "**LA EMPRESA**" las que se detallan a continuación, sin perjuicio de las demás cuestiones previstas en el presente Contrato y sus Anexos. "**LA EMPRESA**" se compromete a:

**a)** Asegurar el efectivo cumplimiento del objeto trazado en el presente contrato, en el tiempo y condiciones previstos para ello.

**b)** Se obliga a notificar a "**EL MINISTERIO**", diez (10) días antes de la llegada de los equipos objeto del presente contrato del *"Conocimiento del Embarque"* incluyendo: Listas de empaques y Factura original en dos ejemplares, siendo importante resaltar que un ejemplar debe decir *"**VÁLIDA SOLO PARA EFECTOS DE ADUANA**".*

**c)** Se obliga a realizar la entrega de los equipos objeto del presente contrato en las Fechas y Cantidades, conforme a las especificaciones contenidas en el *"Cronograma de la Ejecución Física y Financiera"* identificado como **ANEXO "E"**, en los Hospitales" identificados en el "**ANEXO F**" *"Listado y ubicación de los Hospitales"*, el cual forma parte integrante del presente contrato**.**

**d)** "**LA EMPRESA**" entregará los equipos en embalaje adecuado que garantice la conservación de los mismos durante la transportación aérea o marítima hasta el aeropuerto Internacional de Maiquetía y/o puerto marítimo de La Guaira.

**e)** "**LA EMPRESA**" garantizará en los Hospitales de "**EL MINISTERIO**" el traslado, instalación y puesta en marcha de los equipos, la capacitación al personal médico, de enfermería y electro medicina de "**EL MINISTERIO**" sobre el manejo y conservación de los equipos por parte de personal técnico calificado al momento de concluir la instalación, el servicio técnico durante el



 

período de garantía y el mantenimiento preventivo y correctivo de acuerdo a lo establecido en el presente contrato.

f) **"LA EMPRESA"** se obliga a garantizar la entrega de la información técnica necesaria para el uso y mantenimiento de los equipos, los manuales de operación de los equipos en idioma español, así como, suministro de piezas y repuestos para realizar el servicio técnico a cargo del personal técnico de **"LA EMPRESA"**.

g) Permitir a **"EL MINISTERIO"** hacer las inspecciones que considere necesarias a fin de verificar el alcance de la ejecución del contrato.

h) **Nombrar un Representante Técnico** dentro de los siete (7) días contados a partir de la suscripción del presente Contrato, quien la representará en todas las cuestiones inherentes a la ejecución del mismo, debiendo notificar de tal nombramiento al Despacho del Viceministro de Hospitales de **"EL MINISTERIO"**.

i) Capacitar al personal médico, de enfermería y electro medicina de los Hospitales identificados en el **"ANEXO F"**, en el manejo y conservación de los equipos adquiridos en el presente contrato. En el caso que el personal operativo calificado durante el entrenamiento sea removido y/o reemplazado, **"EL MINISTERIO"** debe notificar a **"LA EMPRESA"** para realizar un nuevo entrenamiento y calificación del personal operativo, al menos durante el período de garantía establecido.



j) **Ejecutar el Mantenimiento Correctivo** cuando sea necesario y de forma inmediata, previa notificación por escrito de la falla del (los) equipo (s) por parte del Jefe de Servicio de Obstetricia o Neonatología y del Director del Hospital, al Despacho del Viceministro de Hospitales y a **"LA EMPRESA"**.

k) Responsabilizarse por el almacenamiento, conservación, distribución y colocación de los consumibles, equipos médicos, mobiliarios clínicos, instrumentales, consumibles y repuestos, en el territorio de la República

 Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para la **Salud**  **PuebloVictorioso**

Bolivariana de Venezuela según los lineamientos impartidos por "**EL MINISTERIO**" en el presente contrato, según Clausula Octava, Literal b.

l) Asumir la responsabilidad de los daños y perjuicios que pudiera ocasionar a "**EL MINISTERIO**", el retraso injustificado en la distribución de los consumibles y repuestos en la ejecución del mantenimiento preventivo y correctivo. En caso de ameritarse mantenimiento correctivo de alguno de los equipos objeto del presente contrato, "**LA EMPRESA**" responderá en un plazo no mayor a cinco (5) días hábiles, durante el tiempo en que se encuentre vigente la Garantía de Mantenimiento, es decir, un lapso de tres (03) años contado a partir de su instalación y puesta en funcionamiento.

m) "**LA EMPRESA**" se compromete a partir de la ejecución del presente contrato a presentar al Despacho del Viceministro de Hospitales dos (2) informes cuatrimestrales: 1) Sobre las entregas de equipos médicos, mobiliario clínico, instrumental, consumibles y repuestos, así como, los mantenimientos realizados; y 2) Sobre los consumibles y repuestos entregados y los mantenimientos realizados a la base instalada Fase I y Fase II. Ambos informes deben incluir: *"Acta de Entrega, "Acta de Instalación"* y *"Acta de Mantenimiento"*, suscritas por el Jefe de Servicio de Obstetricia o Neonatología, Jefe de Mantenimiento y Director del Hospital.

<u>CLÁUSULA DÉCIMA PRIMERA</u>: OBLIGACIONES DE "EL MINISTERIO"

Son obligaciones de "**EL MINISTERIO**" las que se detallan a continuación, sin perjuicio de las demás cuestiones previstas en el presente Contrato y sus Anexos. "**EL MINISTERIO**" se compromete a:

a) "**EL MINISTERIO**" mantendrá los equipos, objeto del presente contrato en adecuadas condiciones de mantenimiento conforme a las especificaciones técnicas y requerimientos especiales establecidos para cada uno de los equipos, con la finalidad de garantizar la calidad de los mismos.



 

b) **"EL MINISTERIO"** pagará el precio del presente contrato de la forma acordada.

c) **"EL MINISTERIO"** conviene en notificar a **"LA EMPRESA"** de la recepción de la documentación, así como de los equipos una vez recibidos.

d) **"EL MINISTERIO"** se compromete en nombrar un **Representante Técnico** dentro de los siete (7) días de suscrito el presente Contrato, quien lo representará en todas las cuestiones inherentes a la ejecución del mismo.

e) **"EL MINISTERIO"** se compromete en facilitar al personal de **"LA EMPRESA"** el acceso a el (los) equipo (s) objeto del presente contrato, durante el período de cobertura a los fines de realizar oportunamente y sin obstáculos los servicios de Mantenimiento Preventivo y Correctivo. También deberá garantizar el acceso del personal de "LA EMPRESA" a la información de los Equipos (documentación técnica y de servicio) y a las dependencias que **"LA EMPRESA"** necesite para poder realizar correctamente las labores correspondientes en cada caso relacionadas con el objeto del presente contrato, cumpliendo con las normas que establezca cada uno de los Hospitales donde funcionen los Servicios y se encuentran los Equipos.

f) **"EL MINISTERIO"** se obliga a notificar de **inmediato** a **"LA EMPRESA"**, por escrito, a través del Jefe de Servicio de Obstetricia o Neonatología y Director del Hospital, la falla o deficiencia que se presente en la operatividad del (los) equipo (s), y se abstendrán de seguir usándolo (s) hasta tanto la situación sea subsanada.

g) **"EL MINISTERIO"** se compromete a solicitar a **"LA EMPRESA"** la ejecución del Mantenimiento Correctivo en todo momento, cuando sea necesario y de forma inmediata, previa notificación por escrito a **"LA EMPRESA"**, por parte del Jefe del Servicio de Obstetricia o Neonatología y el Director del Hospital respectivo, de la falla en el (los) equipo (s). 

 

## CLÁUSULA DÉCIMA SEGUNDA DE LAS FIANZAS Y GARANTÍAS

"LA EMPRESA" presentará a "EL MINISTERIO", las fianzas debidamente notariadas que se indican a continuación, las cuales deberán ser constituidas por "LA EMPRESA" y deberán ser consignadas para el momento de la firma del presente contrato, siendo por cuenta de "LA EMPRESA" la obtención y costos de las mencionadas garantías:

a) **FIANZA DE FIEL CUMPLIMIENTO:** Una fianza de fiel cumplimiento otorgada por una Entidad Bancaria o Compañía de Seguros con domicilio en la República Bolivariana de Venezuela, inscrita en la Superintendencia General de Seguros, por un monto igual al **VEINTE POR CIENTO (20%)** del monto total del contrato equivalente a la cantidad de **CUARENTA Y SEIS MILLONES QUINIENTOS UN MIL SETECIENTOS TREINTA Y CINCO DOLARES DE LOS ESTADOS UNIDOS DE AMÉRICA CON QUINCE CENTAVOS (US\$ 46.501.735,15)** que a los efectos referenciales establecidos en el artículo 130 de la Ley del Banco Central de Venezuela equivale a la cantidad de **DOSCIENTOS NOVENTA Y DOS MILLONES NOVECIENTOS SESENTA MIL NOVECIENTOS TREINTA Y UN BOLIVARES CON CUARENTA Y CINCO CÉNTIMOS (Bs. 292.960.931,45)** calculados al tipo de cambio oficial fijado por el Banco Central de Venezuela, a razón de 6,30 Bs./US\$; a los fines de garantizar el fiel cumplimiento de todas las obligaciones que se deriven del presente documento contractual. Dicha fianza estará en vigencia a partir de la firma del presente contrato y permanecerá vigente hasta que "EL MINISTERIO" otorgue el finiquito de fiel cumplimiento.



b) **FIANZA DE ANTICIPO:** Una fianza de anticipo otorgada por una Entidad Bancaria o Compañía de Seguros con domicilio en la República Bolivariana de Venezuela, por el cien por ciento (100%) del monto total por concepto de anticipo del presente contrato, es decir la cantidad de **SESENTA Y NUEVE MILLONES SETECIENTOS CINCUENTA Y DOS MIL SEISCIENTOS DOS  DOLARES DE LOS ESTADOS UNIDOS DE AMERICA CON SETENTA Y TRES CENTAVOS (US\$. 69.752.602,73)** que a los efectos referenciales establecidos en el artículo 130 de la Ley del Banco Central de Venezuela equivale a la cantidad de 

 

CUATROCIENTOS TREINTA Y NUEVE MILLONES CUATROCIENTOS CUARENTA Y UN MIL TRESCIENTOS NOVENTA Y SIETE BOLIVARES CON VEINTE CÉNTIMOS (Bs. 439.441.397,20) calculados al tipo de cambio oficial fijado por el Banco Central de Venezuela, a razón de 6,30 Bs./US$.

Esta Fianza garantizará a "EL MINISTERIO" la devolución del monto que como anticipo se entregará a "LA EMPRESA" para dar inicio a los trabajos objeto del presente contrato. Comenzará a regir a partir de la fecha en que "LA EMPRESA" reciba el aludido anticipo y permanecerá vigente hasta cuando se haya efectuado el total reintegro, mediante las deducciones del porcentaje de amortización establecido en este contrato, de cada factura pagada a "LA EMPRESA", y será ejecutada en caso que "LA EMPRESA" incumpla con lo pactado en este contrato y por el monto no amortizado.

GARANTÍAS ESPECIALES:

A. <u>Garantías de Funcionamiento</u>: "LA EMPRESA" deberá presentar a "EL MINISTERIO" la Garantía de Funcionamiento de cada uno de los Equipos descritos en los Anexos "A1" y "B1" señalados en la Cláusula Segunda del presente contrato, efectivamente instalados. Dicha Garantía estará en vigencia hasta por tres (03) años para los equipos suministrados por "LA EMPRESA", según lo establecido en la Cláusula Octava, literal c.

B. <u>Garantías de Mantenimiento</u>: "LA EMPRESA" garantizará a "EL MINISTERIO", a través del presente documento, el mantenimiento preventivo y correctivo incluyendo el suministro de los repuestos de cada uno de los Equipos señalados en los Anexos "A1" y "B1" y los equipos correspondientes al Anexo "C". Dicha Garantía estará en vigencia hasta por tres (03) años; en caso de requerirse, LAS PARTES podrán acordar con ciento ochenta (180) días de anticipación al vencimiento de la presente garantía la extensión de dicho mantenimiento. 

 Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la **Salud**

 **PuebloVictorioso**

## CLÁUSULA DÉCIMA TERCERA: DE LAS COMUNICACIONES ENTRE LAS PARTES

a) Las comunicaciones vinculadas a la ejecución, evaluación, control y seguimiento, se efectuarán entre los representantes técnicos de **"LAS PARTES"**, serán válidas si están firmadas y selladas; por tales representantes, y se emitirán en forma correlativa con las siguientes siglas:

- MPPS-CMPC-(numeración continua)/año   correspondencia emitida por **"EL MINISTERIO"**.

- MEDIX-CMPC-(numeración continua)/año correspondencia emitida por **"LA EMPRESA"**.

b) <u>**Comunicación del Mantenimiento Preventivo**</u>: El Mantenimiento Preventivo de los equipos, mientras no sobrevengan circunstancias de caso fortuito o fuerza mayor, se realizará de acuerdo al *"Cronograma de Ejecución Física y Financiera"*, señalado en el anexo identificado como **"ANEXO E"**, el cual forma parte integrante del presente contrato. En lo que respecta a este Mantenimiento se ejecutará en días y horas hábiles, de lunes a viernes, en el horario comprendido de 8:30 a.m. a 5:30 p.m., previa notificación al Jefe del respectivo Servicio de Obstetricia o Neonatología a los fines de no producir interrupciones prolongadas en la atención de los pacientes.

c) <u>**Comunicación del Mantenimiento Correctivo**</u>: Se practicará cuando sea necesario y de forma inmediata en un lapso no mayor de cinco (05) días, al momento que se presentare la falla de alguno de los equipos objeto de este Contrato. La solicitud de servicio técnico por parte de **"EL MINISTERIO"**, se hará exclusivamente al centro de recepción de reclamos declarado por **"LA EMPRESA"** y a través del sistema instalado por **"LA EMPRESA"** para tal fin. 

## CLÁUSULA DÉCIMA CUARTA: CASOS FORTUITOS O DE FUERZA MAYOR.

El incumplimiento total o retardo en el cumplimiento de cualesquiera de las obligaciones contraídas en el presente contrato, no se estimará como inejecución o violación del

 

mismo, si tal cumplimiento o retardo se debe a casos fortuitos o de fuerza mayor no imputables a **"LAS PARTES"**, considerándose como tal, aquellas circunstancias o eventos y sus consecuencias que estén fuera del control de **"LAS PARTES"** surgidos después de la entrada en vigencia de este contrato y que pudieran impedir a cualesquiera de **"LAS PARTES"**, cumplir con sus obligaciones, tales como: Guerra, insurrección, motines, prohibición de importación, reducción forzosa de obras laborales, catástrofes naturales, incendios no causados por la acción del hombre, inundaciones y epidemias. En este sentido, **"LAS PARTES"** expresamente convienen que serán considerados como casos fortuitos especiales, así como causas también especiales de fuerza mayor, los denominados Hechos del Príncipe o del Soberano, siniestros de cualquier naturaleza cuya responsabilidad sea ajena a **"LAS PARTES"** contratantes, las eventuales modificaciones de régimen monetario, cambiario y/o del régimen de entidades financieras de la República Bolivariana de Venezuela y/o de la República Argentina que afecten este contrato, y/o las condiciones de realización de operaciones de comercio exterior, tales como prohibición, imposibilidad o limitación de: importaciones, exportaciones, acceso a monedas extranjeras para compras y pagos a terceros.

**PARÁGRAFO PRIMERO**: Frente al acaecimiento de alguno de los referidos supuestos considerados como casos fortuitos o de fuerza mayor, **"LAS PARTES"** podrán de mutuo acuerdo y a través de los mecanismos previstos para la modificación del contrato, renegociar los términos y condiciones que rigen la duración y ejecución del mismo. En caso de que algunos de los supuestos señalados *ut supra* generen alguna alteración en el monto objeto del presente contrato, la misma estará condicionada a la disponibilidad financiera de los recursos previstos en el **CONVENIO INTEGRAL DE COOPERACIÓN ENTRE LA REPÚBLICA BOLIVARIANA DE VENEZUELA Y LA REPÚBLICA ARGENTINA.**

**PARÁGRAFO SEGUNDO**: Para que los casos fortuitos o de fuerza mayor previstos en esta Cláusula actúen como eximente de responsabilidad de **"EL MINISTERIO"** o de **"LA EMPRESA"** será indispensable que la parte que alega el caso fortuito o de fuerza mayor, lo comunique a la otra dentro de los cinco (05) días siguientes contados a partir

 Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la Salud

 PuebloVictorioso

de la fecha en que se produzca el acaecimiento y lo pruebe dentro de los quince (15) días hábiles siguientes a la notificación, así como la aceptación de conformidad de **"EL MINISTERIO"** o de **"LA EMPRESA"** de los hechos planteados.

**PARÁGRAFO TERCERO:** Al verificarse el caso fortuito o de fuerza mayor que produzca un retardo en el cumplimiento del contrato, la duración prevista para la ejecución del mismo será prolongada en el mismo número de días de retraso.

**PARÁGRAFO CUARTO:** Cesado el caso fortuito o de fuerza mayor **"LA EMPRESA"** deberá seguir con la ejecución del contrato.

<u>**CLÁUSULA DÉCIMA QUINTA**</u>: CONFIDENCIALIDAD

**"LAS PARTES"** se comprometen a tratar confidencialmente y a no reproducir, divulgar, difundir, transferir o publicar, sin el consentimiento común de ambas partes, la información a la cual tendrán acceso y los materiales que se entreguen recíprocamente en el curso del cumplimiento del presente contrato. Los compromisos adoptados por **"LAS PARTES"**, asociados a la confidencialidad, no prescribirán en el tiempo y por tanto los efectos de todas las condiciones de confidencialidad, se mantendrán vigentes aún después de haberse dado por concluidas las actividades amparadas por el presente Contrato, a menos que se adopte disposición expresa en contrario.

<u>**CLÁUSULA DÉCIMA SEXTA**</u>: INCUMPLIMIENTO DE LAS PARTES.

En caso de incumplimiento de "**LA EMPRESA**", de las obligaciones que le corresponden por la ejecución del presente contrato, **"EL MINISTERIO"** tendrá derecho a suspender el pago y solicitar el reintegro de lo pagado y no ejecutado a la fecha, si fuere el caso.



En caso de incumplimiento de **"EL MINISTERIO"** de las obligaciones que le corresponden por la ejecución del presente contrato, **"LA EMPRESA"** tendrá derecho a suspender el suministro a **"EL MINISTERIO"**, y cobrar los saldos pendientes de pago.

 

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la Salud

## CLÁUSULA DÉCIMA SÉPTIMA: DE LA TERMINACIÓN DEL CONTRATO

"LAS PARTES" podrán terminar anticipadamente y de pleno derecho el presente Contrato por las causas previstas en el Ordenamiento Jurídico vigente y especialmente por las que se indican a continuación:

"EL MINISTERIO" podrá **RESCINDIR UNILATERALMENTE** el presente Contrato en los siguientes casos:

a) En caso de que **"LA EMPRESA"** presente documentación falsa, alterada o forjada para tramitar ante **"EL MINISTERIO"** prórrogas, reconocimientos, reclamaciones, pagos, entre otros.

b) En caso de que **"LA EMPRESA"** acuerde la disolución o liquidación de su empresa, solicite se le declare judicialmente en estado de atraso o de quiebra, o cuando alguna de esas circunstancias haya sido declarada judicialmente.

c) Por incumplimiento o contravención de las obligaciones estipuladas dentro del presente Contrato por parte de **"LA EMPRESA"** por causas que le fueran imputables, previa intimación fundada y fehaciente por parte de **"EL MINISTERIO"**.

Sin embargo, dicha rescisión no exime a **"LAS PARTES"** de las acciones pendientes e imprescindibles de ejecución, y de realizar los pagos por obligaciones cumplidas, los cuales seguirán su curso, salvo disposición contraria de **"LAS PARTES"**.

## PARÁGRAFO ÚNICO: TERMINACIÓN ANTICIPADA DE MUTUO ACUERDO.

"LAS PARTES" de mutuo acuerdo podrán convenir la terminación anticipada de la parte o la totalidad a relación contractual, en cualquier momento durante la ejecución del mismo, para lo cual deberá levantar el Acta correspondiente, en la cual se deje claramente establecido que no quedan a deberse nada por ningún concepto relacionado con el presente Contrato.



 Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la **Salud**  **PuebloVictorioso**

**CLÁUSULA DÉCIMA OCTAVA**: RESPONSABILIDAD EN MATERIA LABORAL

En virtud del presente Contrato **"EL MINISTERIO"** no asume obligación alguna en materia laboral en relación al personal de **"LA EMPRESA"**. Todos los gastos de sueldos y salarios, transporte de personal, prestaciones sociales, seguro social y cualquier otro derivado de la legislación laboral vigente serán por cuenta y de la exclusiva responsabilidad de **"LA EMPRESA**" quien se considera bajo todo concepto un contratista independiente, que no actúa directa ni indirectamente como agente, sirviente o empleado de **"EL MINISTERIO"** ni efectuará compromisos ni convenios en su nombre.

**CLÁUSULA DÉCIMA NOVENA**: DE LA MODIFICACIÓN DEL CONTRATO

**"LAS PARTES"** podrán modificar de común acuerdo el presente Contrato, lo que se hará mediante suplemento **ADDENDUM** suscrito por **"LAS PARTES"**, cumpliendo con las formalidades correspondientes.

**CLÁUSULA VIGÉSIMA:** NOTIFICACIÓN

Toda notificación o correspondencia que **"LAS PARTES"** deban dirigirse mutuamente en relación con la ejecución del presente contrato, se efectuará por escrito inclusive vía fax o correo electrónico y se considerará realizada la notificación y recibida la correspondencia, a partir de la fecha cierta que aparezca como recibido, en la copia devuelta como acuse de recibo; en el caso de la utilización de la vía del fax, con el correspondiente reporte emanado del equipo de recepción y envió telefónico (fax) y en el caso del correo electrónico a través de la certificación de la recepción del aludido correo. A los fines de las respectivas notificaciones las partes fijan como domicilios los siguientes:

- **"EL MINISTERIO"**, Edificio Sur Centro Simón Bolívar, Portal Municipal, Piso 8, Oficina 819 Municipio Bolivariano Libertador del Distrito Capital. Caracas. 

  **A los efectos de las notificaciones electrónicas:** Correo Institucional del Viceministerio de Hospitales: viceministerio.hosp.mpps@gmail.com

 Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la Salud

 PuebloVictorioso

- **"LA EMPRESA"**, Mermoz 1750 (B1618EWC) El Talar Tigre, Buenos Aires República de Argentina.

  **A los efectos de las notificaciones electrónicas:** ventas@medix.com.ar

## CLÁUSULA VIGÉSIMA PRIMERA: DOMICILIO Y JURISDICCIÓN

**"LAS PARTES"** acuerdan que todo lo relativo a la interpretación, aplicación, ejecución y cumplimiento del presente Contrato, será regido por la Legislación de la República Bolivariana de Venezuela y eligen a la Ciudad de Caracas como domicilio especial a tales efectos los establecidos en la Cláusula precedente.

## CLAUSULA VIGÉSIMA SEGUNDA: DOCUMENTOS CONTRACTUALES

Forman parte integrante del presente contrato, los siguientes documentos:

- *Anexo "A1": Equipamiento:* Equipos Médicos y Mobiliario Clínico requerido en los Servicios Obstétricos Neonatales de los Hospitales Materno Infantiles y de Mayor Complejidad del MPPS (52 Hospitales).

- *Anexo "A2": Oferta:* Equipos Médicos y Mobiliario Clínico requerido en los Servicios Obstétricos y Neonatales de los Hospitales Materno Infantiles y de Mayor Complejidad del MPPS (52 Hospitales).

- *Anexo "A3": Consumibles por tres (03) años:* Consumibles Requeridos para tres (03) años, Hospitales Materno Infantiles y de Mayor Complejidad.

  *Anexo "B.1": Equipamiento:* Equipamiento Requerido para la Creación de ochenta y ocho (88) Cupos de Cuidados Intensivos y noventa y tres (93) de Cuidados Intermedios Neonatales.

- *Anexo "B.2": Oferta:* Equipamiento Requerido para la Creación de ochenta y ocho (88) Cupos de Cuidados Intensivos y noventa y tres (93) de Cuidados Intermedios Neonatales.



 

- *Anexo "B.3": Consumibles por tres (03) años:* Consumibles Requeridos para tres (03) años, Cupos UTIN.

- *Anexo "C": Mantenimiento por tres (03) años:* Mantenimiento Preventivo y Correctivo de Equipos Médicos de los Servicios Obstétricos y Neonatales de los Hospitales Materno Infantiles y de Mayor Complejidad del MPPS de la Base Instalada Fase I y II.

- *Anexo "D": Consumibles por tres (03) años:* Consumibles Requeridos para tres (03) años, para cincuenta y dos (52) Hospitales de la Base Instalada Fase I y II.

- **Anexo "E":** Cronograma de Ejecución Física y Financiera.

- **Anexo "F":** Listado de los Hospitales donde se instalarán los Equipos señalando la ubicación.

Se hacen cuatro (04) ejemplares de un mismo tenor y a un solo efecto, en la ciudad de Caracas, Municipio Libertador del Distrito Capital, a los ___catorce___ (_14_) días del mes de ___octubre___ de 2015.

Por "EL MINISTERIO"

**HENRY VENTURA MORENO**
Ministro del Poder Popular Para la Salud.

Por "LA EMPRESA"

**OSVALDO MARIO ASO**
Apoderado
MEDIX INDUSTRIAL Y COMERCIAL
SOCIEDAD ANÓNIMA (MEDIX I.C.S.A).