**GLANCY PRONGAY & MURRAY LLP**
ROBERT V. PRONGAY (#270796)
KARA M. WOLKE (#241521)
ROBERT H. GRUBER (#301620)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
        kwolke@glancylaw.com
        amullarky@glancylaw.com

*Attorneys for Lead Plaintiff John Costabile*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN COSTABILE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NATUS MEDICAL INCORPORATED, JAMES B. HAWKINS and JONATHAN A. KENNEDY,<br><br>Defendants. | Case No.: 4:17-cv-00458-JSW<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

1  WHEREAS, on January 20, 2017, plaintiff Gregg Badger filed the above-captioned action
2 individually and on behalf of all others similarly situated against Natus Medical Incorporated
3 ("Natus" or the "Company"), James B. Hawkins, and Jonathan A. Kennedy ("Defendants");

4  WHEREAS, on May 1, 2017, the Court entered an order appointing John Costabile as Lead
5 Plaintiff ("Lead Plaintiff"), and approving Lead Plaintiff's selection of Glancy Prongay & Murray
6 LLP as Lead Counsel (Dkt. No. 17);

7  WHEREAS, on July 14, 2017, Lead Plaintiff filed an Amended Complaint (Dkt. No. 25);

8  WHEREAS, Defendants moved to dismiss the Amended Complaint on September 12, 2017
9 (Dkt. No. 29), and following briefing on Defendants' motion, the Court entered an Order
10 dismissing the Amended Complaint with leave to amend on February 26, 2018 (Dkt. No. 47);

11  WHEREAS, on April 6, 2018, Lead Plaintiff filed a Second Amended Complaint (Dkt. No.
12 50);

13  WHEREAS, following briefing on Defendants' motion to dismiss the Second Amended
14 Complaint (Dkt. No. 53), on December 18, 2018, the Court dismissed the Second Amended
15 Complaint with leave to amend, and ordered Lead Plaintiff to file and serve any further amended
16 class action complaint by March 1, 2019 (Dkt. No. 68);

17  WHEREAS, after conducting a thorough investigation, Lead Plaintiff has determined not to
18 file a third amended class action complaint and to voluntarily dismiss the above-captioned action
19 pursuant to Rule 41 of the Federal Rules of Civil Procedure;

20  WHEREAS, no class has been certified in the above-captioned action, no compensation or
21 consideration has been or will be paid to Lead Plaintiff, and no agreements or promises have been
22 made other than what is expressly reflected in this stipulation;

23  WHEREAS, the Parties agree to waive any rights to appeal from any aspect of the above-
24 captioned action; and

25  WHEREAS, the Parties agree that each party shall bear its own costs and attorneys' fees,
26 and that no party asserts or contends that any of the parties or their respective counsel have at any
27 time failed to comply with Rule 11 of the Federal Rules of Civil Procedure.

28

JOINT STIPULATION AND [PROPOSED] ORDER – Case No.: 4:17-cv-00458-JSW

1

1 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties
2 and subject to the Court's approval, as follows:
3   1. Lead Plaintiff John Costabile voluntarily dismisses the above-captioned action
4 without costs or attorneys' fees;
5   2. The above-captioned action shall be dismissed with prejudice as to Lead Plaintiff;
6   3. The above-captioned action shall be dismissed without prejudice as to all other
7 putative class members;
8   4. Because the dismissal is with prejudice as to Lead Plaintiff only, and not as to any
9 members of the putative class, notice of the dismissal is not required;
10   5. The Parties agree to waive any rights to appeal from any aspect of the above-
11 captioned action;
12   6. The undersigned parties respectfully request that the Court enter an order dismissing
13 the above-captioned action; and
14   7. The Parties agree to the form of the proposed order attached hereto.
15   **IT IS SO STIPULATED.**

17 Dated: March 11, 2019                    **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Robert V. Prongay*
Robert V. Prongay
Kara M. Wolke
Robert H. Gruber
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
*Attorneys for Lead Plaintiff John Costabile*

| | |
|---|---|
| Dated: March 11, 2019 | **FENWICK & WEST LLP** |
| | By: *s/ Marie C. Bafus* |
| | Kevin P. Muck |
| | Marie C. Bafus |
| | Jennifer A. Ebling |
| | 555 California Street, 12th Floor |
| | San Francisco, California 94101 |
| | Telephone: (415) 875-2300 |
| | Facsimile: (415) 281-1350 |
| | *Attorneys for Defendants Natus Medical Incorporated, James B. Hawkins, and Jonathan A. Kennedy* |

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this stipulation.

| | |
|---|---|
| Dated: March 11, 2019 | By: *s/ Robert V. Prongay* |
| | Robert V. Prongay |

1 **[PROPOSED] ORDER**

2   Pursuant to the foregoing Joint Stipulation of Dismissal, IT IS HEREBY ORDERED that:

3   1.   The above-captioned action is dismissed pursuant to Rule 41(a)(1);

4   2.   The above-captioned action shall be dismissed with prejudice as to Lead Plaintiff;

5   3.   The above-captioned action shall be dismissed without prejudice as to all other
6   putative class members;

7   4.   Because the dismissal is with prejudice as to Lead Plaintiff only, and not as to any
8   members of the putative class, notice of the dismissal is not required; and

9   5.   The Parties shall each bear their own costs and attorneys' fees.

11  IT IS SO ORDERED.

13  Dated: March 12, 2019

_____
The Honorable Jeffrey S. White
United States District Judge

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On March 11, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2019, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay